JOSEPH MANGANI ET AL., TRADING, ETC., RESPONDENTS, v. STADIUM BOWLING ACADEMY, INC., ET AL., APPEL-LANTS.

Submitted May 25, 1945—Decided September 27, 1945.

For the respondents, *Louis H. Hollander.*

For the appellants, *Porter & Hobart.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, JJ. 12.

*For reversal*—McGEEHAN, J. 1.